AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

FILED

FEB 4 2013

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| AMANDA M. LUDWIG | ) | 13- mj - 6011 |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 28, 2013  in the county of  Peoria  in the

Central  District of  Illinois  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2422(b) | Enticement Of A Minor |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

s/ James C. Feehan

_____

James C. Feehan, Det. Peoria PD
*Printed name and title*

Sworn to before me and signed in my presence.

s/ John A. Gorman

Date:  02/01/2013

City and state:  Washington, Ill.

_____

John A. Gorman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, James C. Feehan Jr., being duly sworn hereby depose and say:

1. I am a detective with the Peoria Police Department, located in Peoria, Illinois and have been employed there from April 27, 1998 to present. I have received extensive training in criminal investigations, computer crime investigations, computer forensic exams, identity theft, fraud, and child pornography investigations. In addition, I am an EnCE certified computer forensic examiner. I have conducted thousands of investigations, state and federal, involving computer crimes, identity theft, fraud, and child pornography resulting in arrests and seizures. I have also been involved in the execution of hundreds of search warrants.

2. I have received extensive training in criminal investigations, computer crime investigations, computer forensic exams, identity theft, fraud, and child pornography investigations. I have attended The College of DuPage Computer Crime Investigations course, The Federal Bureau of Investigation's Cyber courses, The Department of Justice's National Advocacy Center's Advanced Internet Fraud course, Intermediate and Advanced EnCase computer Forensic investigations in Washington D.C., and numerous other computer crime related courses. In addition, I am an instructor with Bradley University in Peoria, Illinois where I developed and instruct the introduction and advanced digital forensic curriculums. I have conducted thousands of investigations, state and federal, involving computer crimes, identity theft, fraud, and child pornography resulting in arrests and seizures. I have also been involved in the execution of numerous search warrants.

3. This affidavit is made in support of a Criminal Complaint and Arrest Warrant authorizing the arrest of Amanda M. Ludwig

4. This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information provided to me by the victim, KH (15 years of age, DOB May 23, 1997). Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are

necessary to establish probable cause to believe that Amanda M. Ludwig committed the offense of Enticing A Minor For Sex in violation of Title 18, United States Code, Section 2422(b).

5. Title 18, United States Code, Section 2422(b) makes it a violation of federal law for anyone to use any facility or means of interstate commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engaged, or attempt to engage, in any sexual activity for which any person can be charged with a criminal offense.

6. 720 ILCS 5/12-13(4) of the Illinois Complied Statutes makes it a violation of Illinois criminal law to commit an act of sexual penetration with a victim who is at least 13 years of age, but under 18 years of age, when the act was committed and the accused was 17 years of age or over and held a position of trust, authority, or supervision in relation to the victim.

## Investigation

7. This affiant believes that probable cause exists to believe that Amanda M. Ludwig used a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce KH, who is 15 years of age, to engage in sexual activity, a criminal offense in the State of Illinois, in violation of Title 18, United States Code, Sections 2422(b).

8. On February 1, 2013, Peoria School District 150 police officers reported that a Manual High School student had been in possession of a cell phone containing a video of a 15 year old male victim, KH, engaging in sexual intercourse with a 28 year old Manual High School art teacher, Amanda M. Ludwig.

9. District 150 police officers became aware of the video when another student, CA, advised them that KH had shown him the video.

10. During an interview of CA, CA informed the officers that yesterday, January 31, 2013, KH was bragging about having a sexual relationship with Amanda Ludwig.

11. KH (utilizing his LG cell phone) played a video of himself and Amanda Ludwig while engaged in sexual intercourse. CA described the video as recorded in Ludwig's Manual

High School classroom and was able to identify Ludwig as the female depicted in the video by the unique hair color, specifically with a purple stripe in her hair.

12. District 150 officers interviewed KH, who initially denied knowing anything about what CA had told the officers. However, KH and his mother gave written consent to search KH's cell phone.

13. District 150 officers took possession of KH's cell phone and provide the phone to this affiant for forensic analysis.

14. On February 1, 2013, this affiant conducted a preliminary forensic analysis of the cell phone. During the analysis, this affiant located nude and partially nude digital photographs that had been deleted on January 31, 2013.

15. While conducting the analysis, District 150 officers advised this affiant that the mother of KH had telephoned the officers to report that KH had informed her of a sexual relationship he had had with Ludwig. Subsequently, KH's mother brought KH to the Peoria Police Department where this affiant conducted an interview of KH.

16. During that interview, KH admitted that he initially denied a sexual relationship with Ludwig because he was embarrassed. KH also stated that he had met Ludwig last school year when she was his art teacher. Beginning approximately two months ago, Ludwig began helping him with some of his current year's school work. Although, Ludwig is not one of KH's current school teachers.

17. Ultimately, Ludwig and KH began communications through text messaging. The text messages from Ludwig eventually turned sexual in nature. Ludwig began sending KH sexual text messages discussing having sex with KH, including sending KH numerous digital photographs of herself, nude and partially nude, from her cell phone to KH's cell phone, using 309.251.5805.

18. This affiant recovered several digital images from KH's cell phone of a white female, nude and partially nude. The face of the white female, however, was not in the images.

19. KH was shown several images depicting the nude and partially nude white female recovered from KH's cell phone's digital media. KH positively identified those images as images of Amanda Ludwig. KH stated that Ludwig sent KH the images from her cell phone.

20. In one of those images, was the depiction of a tattoo located on the upper right arm of the white female. In several other images, the breasts of the white female were exposed revealing a mole located on her left breast. In yet another image, the white female had a tattoo located on her lower back just above her buttock.

21. KH also advised that one day during the week of January 28, 2013, Ludwig had sent him a text message from her cell phone regarding having sex.

22. After receiving the text message from Ludwig, KH went to Ludwig's Manual High School classroom before 2nd period. There she showed him her birth control pill case, which he described as a light pink circular pill case. Ludwig informed KH that due to the birth control she was taking, she could not get pregnant.

23. Ludwig shut and locked her classroom door and turned the lights out. KH and Ludwig then engaged in unprotected sexual intercourse in Ludwig's classroom.

24. While engaged in sexual intercourse, KH initiated the video camera recording application on his cell phone and recorded a video of him and Ludwig's sexual intercourse.

25. After having sexual intercourse, KH went to his next class.

26. On Thursday, January 31, 2013, KH played the video for CA and subsequently deleted the video and all of the photographs Ludwig had sent him in fear that they would get caught.

27. Once KH realized his cell phone was being submitted for a forensic exam, he admitted this to his mother.

28. KH gave this affiant written consent to access his Facebook profile. KH stated that Amanda Ludwig was one of his Facebook friends. This Affiant logged onto KH's Facebook page with KH present. KH showed this affiant a photograph of Amanda Ludwig from her Facebook profile. This affiant was able to confirm that the Amanda Ludwig Facebook

photograph matched that of a photograph of the Illinois Secretary of State driver's license photograph of Amanda M. Ludwig, born November 30, 1984.

29. On February 1, 2013, at approximately 7:00 p.m. CST, Amanda M. Ludwig was taken into custody and transported to the Peoria Police Department. She was Mirandized and interviewed by this affiant. Ludwig admitted to "sexting" with LH and subsequently engaging in sexual intercourse with LH.

## CONCLUSION

30. Based on the above information, this affiant believes that probable cause exists to believe that Amanda M. Ludwig used a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce KH, who is 15 years of age, to engage in sexual activity, a criminal offense in the State of Illinois, in violation of Title 18, United States Code, Sections 2422(b).

31. Accordingly, it is respectfully requested that the attached criminal complaint and arrest warrant issue authorizing the charge and arrest of Amanda M. Ludwig for violating Title 18, United States Code, Sections 2422(b).

**FURTHER AFFIANT SAYETH NOT:**
s/ James C. Feehan

James C Feehan Jr., Detective
Computer Crime Unit
Peoria Police Department

Sworn and subscribed to before me on February 1, 2013.
s/ John A. Gorman

John A. Gorman
United States Magistrate Judge