# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
FEB 4 2013
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　Plaintiff | )<br>)<br>)<br>) CASE NO. **13-mj-6011**<br>) |
| **Amanda M. Ludwig**<br>　　Defendant | )<br>) |

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the defendant
**IT IS ORDERED** that a detention hearing is set for
_2/11/13_ at _1:00_ am/**pm**
before the
**Honorable Michael M. Mihm,** United States District Judge
at
**Peoria,** Illinois

　　Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

　　**ENTERED** this **4th day of February, 2013**.

　　　　　　　　　　　　　　　　　　s/ Michael M. Mihm

　　　　　　　　　　　　　　　　　　Michael M. Mihm
　　　　　　　　　　　　　　　　　　United States District Judge

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant, 18 U.S.C. §3142(f)(2).
　A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion of there is serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure or intimidate a prospective witness or juror.