IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Case No. 13-10021 |
| ) | |
| AMANDA MAY LUDWIG, ) | VIO: Title 18, United States Code, |
| ) | Section 2422(b) |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

From on or about August 4, 2012, until on or about January 31, 2013, in Peoria County, in the Central District of Illinois,

**AMANDA MAY LUDWIG,**

the defendant herein, a 28 year-old woman, did knowingly use, and attempt to use, a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce KH, an individual who has not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely: the criminal offense of Criminal Sexual Assault under Illinois law, in violation of 720 ILCS 5/11-1.20(a)(4),

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL
s/Foreperson

s/K. Tate Chambers

FOREPERSON

_____
JAMES A. LEWIS
UNITED STATES ATTORNEY
TAK