IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 13-10021 |
| | ) | |
| AMANDA LUDWIG, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO RECLASSIFY

Now comes Attorney, THOMAS J. PENN, JR., counsel for the Defendant herein, AMANDA LUDWIG, moving to reclassify Defendant's pretrial release conditions as home confinement and not home incarceration, and in support of said Motion counsel states as follows:

1. Said Defendant herein is on pre-trial release under the conditions of home incarceration.

2. Said Defendant lives in the Chicago area with her family and has been engaged in counseling since her release from incarceration.

3. The supervising officials as to the defendant's home incarceration have suggested to the United States Federal Probation Office that they deem it appropriate that the conditions of home incarceration be replaced and that she be supervised pursuant to the conditions of home detention.

4. Assistant U.S. Attorney, BRAD MURPHY, has indicated that he has no objection to such reclassification.

                                                                                          AMANDA LUDWIG, Defendant

                                                                                          BY:    s/Thomas J. Penn, Jr.
                                                                                                       THOMAS J. PENN, JR.
                                                                                                            Her Attorney

THOMAS J. PENN, JR.
Attorney for Defendant
416 Main Street, Suite 300
Peoria, IL 61602
Telephone: (309) 674-9332

PROOF OF SERVICE

      I hereby certify on May 16, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

United States Attorney's Office

                                    /s/ Thomas J. Penn, Jr.

THOMAS J. PENN, JR.
Attorney for Defendant
416 Main Street, Suite 300
Peoria, IL 61602
Telephone: (309) 674-9332
email: timpenn@sbcglobal.net